IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02747-REB-MJW

CENTURYLINK, *successor in interest to Qwest Communications Corporation*,

Plaintiff,

v.

LOGIC TREE, LLC, *successor in interest to Logic Tree Corporation*,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling/Planning Conference and Enter Default Judgment (Docket No. 7) is GRANTED IN PART and DENIED IN PART.  The Scheduling/Planning Conference set for December 17, 2014, at 10:30 a.m. is VACATED.  The balance of the motion is denied; Plaintiff is directed to file a separate motion for Clerk's Entry of Default under Rule 55(a).

Date: December 11, 2014