**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02747-REB-MJW

CENTURYLINK, successor in interest to Qwest Communications Corporation,

    Plaintiff,

v.

LOGIC TREE LLC, successor in interest to Logic Tree Corporation,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the magistrate judge's **Report and Recommendation on Plaintiff's Motion for Default Judgment (Docket No. 10)** [#13],[1] filed January 8, 2015. No objection having been timely filed to the recommendation, I review it for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

I have jurisdiction under 28 U.S.C. § 1332 (diversity of citizenship). Plaintiff served defendant's registered agent on October 24, 2014. (***See* Return of Service** [#6], filed October 29, 2014.) Personal jurisdiction and venue are proper in this district.

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Defendant did not file an answer or otherwise respond within the time permitted by law. The clerk of the court entered the default of the defendant as required under Fed. R. Civ. P. 55(a) on December 16, 2014 [#12]. Thus, plaintiff is entitled to the entry of default judgment against defendant under Fed. R. Civ. P. 55(b).

In failing to respond or otherwise appear, a defendant admits the factual allegations of the complaint other than those relating to damages. *See* **FED. R. CIV. P**. 8(d); *see also Burlington Northern Railroad Co. v. Huddleston*, 94 F.3d 1413, 1415 (10th Cir. 1996); 10A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, **Federal Practice and Procedure** § 2688 at 58-59 (3rd ed. 1998). Plaintiff seeks default judgment solely on its claim for breach of contract. The facts comprising this claim are set forth in the **Complaint** ([#1], filed October 7, 2014), and, as pled, are sufficient to prove the elements of breach of contract. Moreover, the claim is for a sum certain, which has been established by affidavit as required by D.C.COLO.LCivR 55.1(a). Thus the court must enter judgment in favor of plaintiff. **FED. R. CIV. P.** 55(b)(1).

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Report and Recommendation on Plaintiff's Motion for Default Judgment (Docket No. 10)** [#13], filed January 8, 2015, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Plaintiff's Motion for Default Judgment** [#10], filed December 15, 2014, is **GRANTED**;

      3. That judgment **SHALL ENTER** on behalf of plaintiff, CenturyLink, successor in interest to Qwest Communications Corporation, against defendant, Logic Tree LLC, successor in interest to Logic Tree Corporation, on plaintiff's breach of contract claim only;

      4. That plaintiff is **AWARDED** damages of $681,024.99, plus prejudgment interest at the rate of 1.5% per month from September 19, 2014, to the date of this Order, and post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 from the date of this Order until the judgment is paid;

      5. That plaintiff is **AWARDED** its costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

      6. That by February 13, 2015, plaintiff **SHALL FILE** a status report apprising the court whether it intends to seek further relief on its remaining claims in this case or, alternatively, whether the matter may be closed.

      Dated January 30, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

*[Signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge