**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02747-REB-MJW

CENTURYLINK, successor in interest to Qwest Communications Corporation,

    Plaintiff,

v.

LOGIC TREE LLC, successor in interest to Logic Tree Corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before the court *sua sponte*. In granting plaintiff's motion for default judgment as to its claim for breach of contract, I ordered plaintiff to advise the court as to how it intended to proceed in this matter, and specifically whether it intended to seek relief as to any other claims. (*See* **Order Adopting Recommendation of the United States Magistrate Judge** ¶ 6 at 3 [#14],[1] filed January 30, 2015.) Plaintiff responded by requesting that the case remain open to assist it in its efforts to collect the judgment. (**See Judgment Creditor CenturyLink's Status** Report [#15], filed February 13, 2015.) Plaintiff now apprises the court that the parties have reached a settlement. (**See Judgment Creditor CenturyLink's Status** Report [#17], filed May 20, 2015.) The court therefore finds that this matter now should be closed administratively.

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That under **D.C.COLO.LCivR** 41.2, this action is closed administratively; and

2. That under **D.C.COLO.LCivR** 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

Dated May 21, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge